UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| MOTASEM ALALLOUL, | ) | CASE NO.  4:19-cv-1579 |
| | ) | |
| PETITIONER, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | MEMORANDUM OPINION AND |
| | ) | ORDER |
| CHRISTOPHER LAROSA, et al, | ) | |
| | ) | |
| RESPONDENTS. | ) | |

Before the Court is the report and recommendation of Magistrate Judge William H. Baughman, Jr., recommending that Motasem Alalloul's ("petitioner") petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be denied and respondents' motions to dismiss be granted. (Doc. No. 7.)

Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).

The fourteen-day period has elapsed, and no objections have been filed nor has any extension of time been sought. The failure to file written objections to a magistrate judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue covered in the report. *Thomas v. Arn*, 728 F.2d 813, 814–15 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985).

The Court has reviewed Magistrate Judge Baughman's report and recommendation and accepts and adopts the same. Accordingly, respondents' motions to dismiss (Doc. Nos. 5, 6) are GRANTED and petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED in its entirety with prejudice, and this case is DISMISSED. The Court certifies that an appeal from this decision could not be taken in good faith and that there is no basis upon which to issue a certification of appealability. 28 U.S.C. §§ 1915(a)(3), 2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

Dated: July 6, 2020

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**